UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY BACHA, | No. 2:22-cv-00652-TLN-CKD |
| Plaintiff, | |
| v. | **ORDER** |
| CHAVEZ, et al., | |
| Defendants. | |

On May 9, 2022, Plaintiff filed a request for reconsideration of the magistrate judge's order filed April 25, 2022, denying Plaintiff's motion for the appointment of counsel. (ECF No. 8.) Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id.* Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 25, 2022, is AFFIRMED and Plaintiff's request for reconsideration (ECF No. 8) is DENIED.

**DATED: June 16, 2022**

Troy L. Nunley
United States District Judge