UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY BACHA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAVEZ, et al.,<br><br>    Defendants. | No. 2:22-cv-00652-TLN-CKD P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On August 1, 2022, this court screened plaintiff's complaint and gave him the option of proceeding on the Eighth Amendment deliberate indifference claims against defendants Chavez, Lamott, Martin, and Frietas or of amending the complaint to fix the deficiencies with the remaining claims and defendants. ECF No. 10. Plaintiff has filed his notice of election requesting an extension of time to file an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that within 30 days from the date of this order, plaintiff shall file an amended complaint. Failure to file the amended complaint within

////

////

////

1

1  the time provided will result in a recommendation that this action be dismissed for failure to
2  prosecute.
3  Dated: August 19, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

11  12/bach0652.noticeofelection.36