1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12    **SAMMY BACHA,**                          Case No. 2:22-cv-00652-DJC-CKD P

13                                 Plaintiff,    **ORDER**

14           **v.**

15

16    **CHAVEZ, et al.,**

17                                Defendants.

18

19

20        Plaintiff Sammy Bacha (Plaintiff), an inmate proceeding *pro se* and under 42 U.S.C. §

21    1983, alleges Defendants Lamott and Freitas (Defendants) were deliberately indifferent to his

22    health and safety in violation of the Eighth Amendment.

23        On July 11, 2023, this Court issued an Order referring the case to post-screening

24    Alternative Dispute Resolution (ADR) and stayed the action for a period of 120 days.  (ECF No.

25    26.)

26        On August 10, 2023, after conducting a preliminary investigation of the claims, speaking

27    with Plaintiff, and conferring with supervising counsel, Defendants filed a Motion to Opt Out of

28    Post-Screening ADR on the grounds that a settlement conference would be premature at this time.

1    Good cause appearing, the Court **GRANTS** Defendants' Motion to Opt Out of Post-

2  Screening ADR and lifts the stay of this case.

3    **IT IS SO ORDERED**.

4  Dated:  August 14, 2023

5  _____
   CAROLYN K. DELANEY

6  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order (2:22-cv-00652-DJC-CKD)