UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY BACHA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHAVEZ, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-00652-DJC-CKD P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 11, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed July 11, 2023, are adopted in full.

　　　　2. Defendants Martin and Chavez are dismissed from this action without

1

1  prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

2  3. The Clerk of Court shall terminate defendants Martin and Chavez from this
3  civil action.

   IT IS SO ORDERED.

   Dated:   **September 6, 2023**

   Hon. Daniel J. Calabretta
   UNITED STATES DISTRICT JUDGE

   12/bach0652.802(2).